**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 118 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ALKIOHN DUNKINS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of August, 2020, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, rephrased for clarity, is:

Whether the trial court erred by denying Mr. Dunkins' Motion to Suppress the cell site location information and/or his Motion for Extraordinary Relief requesting the same under the Fourth Amendment to the United States Constitution?